An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT S. JACKSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67321

FILED

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a petition for a writ of prohibition, or in the alternative, writ of mandamus. Petitioner seeks an order arresting the proceedings in the district court, directing the district court to dismiss the pending amended superseding indictment, and clarifying NRS 172.107. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.320. Petitioner has already proceeded to trial, and to the extent that any of his claims challenging the indictments, grand jury proceedings, and evidence presented at trial may survive after the jury

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04623

has reached a verdict, petitioner has an adequate legal remedy by way of a direct appeal in this case.[1] *See* NRS 34.170; NRS 34.330. Accordingly, we ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
Robert S. Jackson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Although the district court has granted a motion for a new trial on 2 counts, because the issues raised in the instant petition would relate to the counts for which there was no new trial granted, we decline to exercise our original jurisdiction in this matter. An appeal from the order granting in part the motion for a new trial is pending in this court. *See State v. Jackson*, Docket No. 66573.